# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 14-55329 |
| Case Title | Leah Manzari v. Associated Newspapers |

**assigned for hearing:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | 2/12/2016 | Time | 9:00 a.m. | Courtroom | 1 | |
| Location | Pasadena, CA | | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Steven L. Weinberg |
| Address | 1925 Century Park East, 1990 |
| City | Los Angeles |
| State | CA |
| Zip Code | 90067 |
| Phone | (310) 598-7005 |
| Email Address | Steven@WeinLawGroup.com |
| Party/parties represented | Leah Manzari |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

○ I certify that I am admitted to practice before this Court.

● I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Steven L. Weinberg | Date | 12/28/2015 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250