# ADDITIONAL AUTHORITIES

Case No. 14-55329         2/12/16
                              Date
Title: Manzari v. Associated Newspapers
Submitted by: Associated Newspapers, Ltd.

Cheney v. New York Daily News,

2016 WL 456625

(3d Cir. Feb. 5, 2016)

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

FEB 1 2 2016

FILED _____
DOCKETED _____
         DATE      INITIAL